UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - DETROIT

IN RE:

                                            Case No. 10-56595-tjt

EDMUND McGRATH                               Chapter 13
     and
KELLY McGRATH,
     Debtor(s).
_____/

## STIPULATION OF DEBTORS AND DOW CHEMICAL EMPLOYEES' CREDIT UNION TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM

     The Debtors, EDMUND McGRATH and KELLY McGRATH, and Dow Chemical Employees' Credit Union, by and through their respective counsel, stipulate to the entry of an Order to restrict public access pursuant to 11 U.S.C. § 105, § 107(c) and/or Fed. R. Bankruptcy Rule 9037 to one or more Proof(s) of Claim filed by Creditor in this case, which Proof(s) of Claim contained improper personal identification/personal data identifiers. A copy of the proposed order is attached.

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9


Date:   July 5, 2010                                                  Date:   July 2, 2010


By:    /s/ Christopher E. Frank                        By:     /s/ Paul E. Wenzloff
Christopher E. Frank (P67169)                       Paul E. Wenzloff (P27662)
Attorney for Debtors                                       Attorney for Creditor
117 W. 4th Street, Ste. 201                               903 North Jackson Street
Royal Oak, MI 48067                                         Bay City, MI 48708
(313) 226-7911                                                (989) 893-9511
cfrank@bankruptcymanagementgroup.com        wenzloffbankruptcy@sbcglobal.net

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

Case No. 10-56595-tjt

EDMUND McGRATH
    and
KELLY McGRATH,
    Debtor(s).
_____/

Chapter 13

## ORDER RESTRICTING PUBLIC ACCESS TO PROOF OF CLAIM

**THIS MATTER** came before the Court on the stipulation between counsel for the Debtors, EDMUND McGRATH and KELLY McGRATH, and counsel for Dow Chemical Employees' Credit Union, to restrict public access to one or more Proof(s) of Claim filed in this case by Creditor pursuant to 11 U.S.C. §§ 105, 107(c) and/or Fed. R. Bankruptcy Rule 9037. The Court is otherwise fully advised in the premises.

**NOW, THEREFORE,**

**IT IS ORDERED** that the Bankruptcy Clerk will promptly restrict from public access Proof of Claim No. 4 filed in this bankruptcy case.

**IT IS FURTHER ORDERED** that a traditional paper filing of the stipulation with attached Order regarding this matter is hereby authorized pursuant to ECF Procedures 3, 7, 9 and 15.

**IT IS FURTHER ORDERED** that within fourteen (14) days from the date of this Order is entered by the Court, Dow Chemical Employees' Credit Union must file amended Proof(s) of Claim, which do not contain improper personal identification/personal date identifiers referred to in the Stipulation. The amended Proof(s) of Claim will not be restricted from public access.