| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 10-56595-TJT |
| Edmund McGrath and Kelly McGrath, Debtor(s). | JUDGE THOMAS J. TUCKER |
| _____ / | |

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES**, the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The Plan fails to increase its funding upon the termination of the obligation to Dow Chemical Employee Credit Union in contravention of 11 U.S.C. 1325(b)(1)(B) and 11 U.S.C. 1325(a)(3).

2. The Plan fails to increase its funding upon the termination of the obligation to GMAC in contravention of 11 U.S.C. 1325(b)(1)(B) and 11 U.S.C. 1325(a)(3).

3. The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

   a. Water and sewer - $125.00.
   b. Cable and internet - $185.00. The debtors testified at the §341 First Meeting of Creditors that this expense is only $100.00 per month. The Trustee requests that the debtors amend Schedule J and increase best effort by $85.00 per month.
   c. Medical and dental - $295.00.
   d. Life insurance - $110.00

The Trustee requests that the debtors provide proof of these expenses within fourteen (14) days.

4. The debtors provided pre-petition pay stubs which indicates that the debtor earns approximately $350.00 a month lelss than what has been disclosed on Schedule I, which will impact feasibility. Feasibility is required pursuant to 11 U.S.C. § 1325(a) (6). The Trustee requests that the debtor provide his three most recent pay stubs no later than seven (7) days prior to confirmation.

**WHEREFORE**, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

| | |
|---|---|
| | OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT |
| | Tammy L. Terry, Chapter 13 Trustee |
| July 6, 2010 | */s/ Tammy L. Terry* |
| | /s/TAMMY L. TERRY (P-46254) |
| | Chapter 13 Standing Trustee |
| | /s/ KIMBERLY SHORTER - SIEBERT (P-49608) |
| | /s/ MARILYN R. SOMERS-KANTZER (P-52488) |
| | Staff Attorneys |
| | 535 Griswold, Suite 2100 |
| | Detroit, MI 48226 |
| | (313) 967-9857 |
| | mieb_ecfadmin@det13.net |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Edmund McGrath and Kelly McGrath, Debtor(s).
_____/

CHAPTER 13
CASE NO. 10-56595-TJT
JUDGE THOMAS J. TUCKER

## CERTIFICATE OF MAILING

I hereby certify that a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

July 7, 2010

/s/ *Cynthia M. Gates*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

EDMUND MCGRATH AND
KELLY MCGRATH
2689 IVY HILL DRIVE
COMMERCE TOWNSHIP, MI 48382

FRANK INDUSTRIES, PLLC
117 W. 4TH ST
SUITE 201
ROYAL OAK, MI 48067