UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:                                                                    CHAPTER 13
**Edmund McGrath**                                    CASE NO. 10-56595
Kelly McGrath,
Debtor.                                                 JUDGE Tucker

_____/

## ORDER CONFIRMING PLAN AND LIFTING STAY AS TO BAC HOME LOANS, LP

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

**IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of fee application in fees and fee application in expenses, and that the portion of such claim which has not already been paid, to-wit: fee application shall be paid by the Trustee as an administrative expense of this case.**

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X   The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

☐

X   The Debtor's Plan shall continue for no less than 60 months.

X   The Debtor's Plan payments shall be increased to $411.00 per month effective the 1st day of  September , 2014 upon expiration of the GMAC vehicle loan.

☐   Creditors rights to object to the last filed Modified Plan are preserved until_____

☐   In the event that debtor(s) fails(s) to make any future Chapter 13 plan payment, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

X   Other: The property located at 1480 Gulf Blvd Unit #511, Clearwater, FL 33767 is surrendered and the Automatic Stay is lifted as to BAC Home Loans LP, FKA Countrywide Home Loans Servicing LP.

X   Other: The adversary case number 10-05728 has been granted pursuant to the order entered July 12, 2010, docket number 10. The Claim of Chase Home Finance, LLC (pacer claim #9) shall be treated as a wholly unsecured class 8 claim.

| APPROVED | Objections Withdrawn | |
|---|---|---|
| **/s/ Tammy L. Terry** | /s/ Jason Canvasser | /s/ Christopher E. Frank |
| TAMMY L. TERRY (P46254) | For Creditor: BAC Home Loans | Christopher E. Frank(P67169) |
| KIMBERLY SHORTER-SIEBERT (P49608) | | Attorney for Debtor |
| MARILYN R. SOMERS-KANTZER (P52488) | | |
| Chapter 13 Trustee | | |
| 535 Griswold Street | Objections Withdrawn | |
| 2100 Buhl Building | | |
| Detroit, MI 48226 | | |
| 313-967-9857 | For Creditor: | |

Signed on October 06, 2010

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge